IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL JAMES SILVA,

    Plaintiff,

v.                                                         4:21cv49–WS/MAF

SCOTT KINGSLEY SWIFT,
ANDREW MULLEN, and
JUDGE DIANE TURNER,

    Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed February 9, 2021. The magistrate judge recommends that this action be dismissed. Plaintiff Silva has filed objections (ECF No. 11) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's amended complaint (ECF No. 5) and this action are DISMISSED without prejudice.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

4. The plaintiff's motion (ECF No. 9) for leave to file is DENIED.

DONE AND ORDERED this __11th__ day of __March__, 2021.


    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE